```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

BRENT RYAN HORTON JONES                                         PLAINTIFF

              v.                  Civil No. 09-5190

CAPTAIN HOLLY, *et al.*                                        DEFENDANTS

### ORDER

      Now on this 28th day of March, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #26), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

      **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #26) is **adopted in its entirety.**

      **IT IS FURTHER ORDERED** that the defendants' **Motion for Summary Judgment (document #17)** is **granted** and all claims are **dismissed.**

      **IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE